**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GENE E. KURAK**                                                                                    **PLAINTIFF**

**v.**                                       **Case No. 1:15-cv-00062 KGB**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Tom Ray (Dkt. No. 12). No objections were filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, plaintiff Gene E. Kurak's complaint against defendant Carolyn W. Colvin is dismissed with prejudice.

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge