**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GENE E. KURAK**                                                                                              **PLAINTIFF**

v.                             **Case No. 1:15-cv-00062 KGB**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                 **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed and that plaintiff Gene E. Kurak's complaint is dismissed with prejudice.

So adjudged this the 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge